UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEITH AUSTIN, | ) | Case No. 2:13-cv-00089-GMN-NJK |
| Plaintiff, | ) | |
| vs. | ) | **SECOND ORDER THAT PLAINTIFF MUST FILE AN AMENDED COMPLAINT** |
| STATE OF NEVADA, et al, | ) | |
| Defendants. | ) | |

On June 14, 2013, the Court ORDERED that Plaintiff file an amended complaint no later than July 15, 2013. Docket No. 9. To date, Plaintiff has failed to do so. Although the Court would ordinarily recommend dismissal of Plaintiff's claims as a result, *see, e.g.*, Docket No. 9 at 2, the Court notes that it had attached a sample complaint to its previous order that was not actually attached on the docket. As a result, the Court will provide Plaintiff with <u>one</u> further opportunity to file an amended complaint, which must comply with the instructions outlined in the Court's previous orders (Docket Nos. 4, 9). To the extent Plaintiff believes he can state a claim under 42 U.S.C. § 1983, he may use the form that was used for his initial complaint. To the extent Plaintiff seeks to bring a claim other than one arising under 42 U.S.C. § 1983, he should file a complaint formatted in a manner consistent with the sample complaint attached hereto. **Plaintiff must file his amended complaint no later than September 15, 2013.** Failure to comply with this Order will result in the recommended dismissal of this case, without prejudice.

IT IS SO ORDERED.

Dated: August 16, 2013

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

```
 1 | Your Name
   | Address
 2 | City, State, Zip
   | Telephone Number
 3 |
 4 |
 5 |
 6 |           IN THE UNITED STATES DISTRICT COURT
 7 |                FOR THE DISTRICT OF NEVADA
 8 |
 9 | Your Name,                ) CASE NUMBER WILL BE ASSIGNED
   |                           ) AT TIME OF FILING
10 |          Plaintiff,       )
   |                           )
11 | vs.                       )
   |                           ) COMPLAINT
12 |                           )
   |          Defendant.       )
13 |                           )
14 |
15 |
   |                     Jurisdiction
16 |                  (Separate Paragraph)
17 |
18 |                      Complaint
   |                (Separate Paragraph(s))
19 |         COMPLAINT MUST COMPLY WITH RULE 8(a)
   |            (A copy of Rule 8(a) is attached)
20 |
21 |
   |                        Demand
22 |                  (Separate Paragraph)
23 |
24 |
25 | Dated:                    (YOUR SIGNATURE IN INK)
   |                           Your name typed or printed
26 |                           Address
   |                           Telephone Number
27 |
28 |
```