# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEITH AUSTIN,

        Plaintiff(s),

vs.

STATE OF NEVADA, et al.,

        Defendants.

Case No.:   2:13-cv-00089-GMN-NJK

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE NANCY J. KOPPE**

Before the Court for consideration is the Report and Recommendation (ECF No. 13) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered October 28, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due by November 14, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Complaint is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**DATED** this 15th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge